BRICE W. McDOWELL, Appellant, v. GLENS FALLS INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SKANDIA PACIFIC OIL ENGINE COMPANY, Respondent, v. THE NEWFOUNDLAND SHIPBUILDING COMPANY, LTD., Impleaded with CHRISTOFFER HANNEVIG, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Application of CHARLES A. TYRRELL for Letters of Administration, etc., of EMMA M. TYRRELL (so Called), Deceased. W BERNARD VAUSE and Another, as Executors, etc., of CHARLES A. TYRRELL, Deceased, Appellants; GEORGE H. LYNAS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ESTHER I. GORDON, Appellant, v. HYMAN GORDON, Respondent.— Order reversed, with ten dollars costs and disbursements, and the matter referred to Hon. John W. Goff, official referee, to take evidence as to the pecuniary condition of the parties, and to report to the Special Term with his opinion thereon as to the proper amount, if any, to be allowed for increased alimony. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ERNEST TRIBELHORN, Respondent, v. J. K. ESTATE REALTY CORPORATION, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ERNEST TRIBELHORN, Respondent, v. J. K. ESTATE REALTY CORPORATION, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS M. BOOKBINDER, Respondent, v. PELTRIES PUBLISHING COMPANY, INC., Appellant.— Order modified by confining the examination as to net profits up to and including December 31, 1918, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY A. CRONK and Others, Respondents, v. LEVY DAIRY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EVA STERN, Appellant, v. FANNIE BROMBERG, Respondent.— Order so far as appealed from modified by denying the motion as to the third, fourth and fifth specifications of particulars, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CLARENCE S. DINKELSPIEL, Individually and as a Stockholder and